UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1956-CAS(JCx) | Date | October 27, 2010 |
|---|---|---|---|
| Title | ROBB EVANS & ASSOCIATES LLC, ETC.; ET AL. v. ANTONIETA JIN DEWA NG SEO, ETC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than <u>November 17, 2010</u> why this action should not be dismissed for lack of prosecution **as to defendants ANTONIETA JIN DEWA NG SEO aka TONI SEO individually and dba SJI CONSULTING, SJI COMCEPTS, and SJI COMMUNICATIONS; SJI CONCEPTS, INC.; and EAST WEST SHARE FOUNDATION and dba EW MARKETING.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)    Plaintiff's filing of a application for the clerk to enter default <u>judgment</u> on **defendants ANTONIETA JIN DEWA NG SEO aka TONI SEO individually and dba SJI CONSULTING, SJI COMCEPTS, and SJI COMMUNICATIONS; SJI CONCEPTS, INC.; and EAST WEST SHARE FOUNDATION and dba EW MARKETING**, or plaintiff's filing of a <u>motion</u> for entry of default <u>judgment</u> on **defendants ANTONIETA JIN DEWA NG SEO aka TONI SEO individually and dba SJI CONSULTING, SJI COMCEPTS, and SJI COMMUNICATIONS; SJI CONCEPTS, INC.; and EAST WEST SHARE FOUNDATION and dba EW MARKETING**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |